UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SUZANNE HAAR

VERSUS

RICKY D. HELMS

CIVIL ACTION

NO. 16-855-JJB-EWD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes, dated March 6, 2017 (doc. no. 10) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Remand is GRANTED and this matter is REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 29th day of March, 2017.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE